UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ILONA ERZEBETH KADI DIENES,<br><br>　　　　　Plaintiff(s),<br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant(s). | CASE NO. C25-2224-KKE<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

　　　　This matter comes before the Court on its own motion. In this case, Plaintiff initially filed a pleading titled "Petition to Remove Ilona Erzsebeth Kadi Dienes from Terrorist Watchlist." Dkt. No. 1. A few days later, the Clerk issued a notice of filing deficiency, instructing Plaintiff to file a new pleading with certain personally identifiable information redacted in compliance with Federal Rule of Civil Procedure 5.2(a) and Local Civil Rule 5.2. Dkt. No. 2. On November 18, 2025, Plaintiff filed a new complaint omitting the personally identifiable information identified by the Clerk. Dkt. No. 3. However, no summons has issued because Plaintiff has not submitted a completed summons form to the Court. It is Plaintiff's responsibility to complete the summons form and submit it to the Court to be signed and sealed by the Clerk and then issued to Plaintiff, who must then serve it—along with the complaint—on the Defendants. *See* Local Rules W.D. Wash. LCR 4(a); Fed. R. Civ. P. 4

Accordingly, Plaintiff is ORDERED to either submit a completed summons form to the Clerk or otherwise show cause why this case should not be dismissed for failure to prosecute by **February 3, 2026**. Failure to respond by this deadline will result in the case being dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is DIRECTED to mail this order and a blank Summons in a Civil Action form to Plaintiff at her address on file.

Dated this 13th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED - 2