UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ILONA ERZEBETH KADI DIENES,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s). | CASE NO. C25-2224-KKE<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on its own motion. On May 28, 2026, after Plaintiff failed to effectuate service on Defendant in compliance with a previous order, the Court ordered Plaintiff to either complete service in compliance with Federal Rule of Civil Procedure 4(i)(1) and file proof of the same, or else show cause why this case should not be dismissed for failure to prosecute by June 11, 2026. Dkt. No. 14. Plaintiff filed a response, but did not include proof that service of process has been completed. Dkt. No. 15. Nor does Plaintiff's response indicate that she has attempted to effect service in compliance with the Federal Rules or that good cause supports extending the time for service.[1] Dkt. No. 15.

[1] Plaintiff states that she cannot use the mail because someone named "Pamela Manguelise" and Plaintiff's "torturers" "go to get them all" (apparently referring to the mail). Dkt. No. 15 at 4. But Plaintiff does not claim to have made any effort to mail her summons and complaint despite having had months to do so.

Accordingly, this case is DISMISSED without prejudice pursuant to Federal Rule of Procedure 4(m) for failure to serve process and for failure to prosecute and to comply with a court order.

All pending motions are DENIED as moot.

Dated this 4th day of August, 2026.

Kymberly K. Evanson
United States District Judge